**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Texas-New Mexico Power Company, Relator

Appellate case number:      01-18-01075-CV

Trial court case number:    2017-64096

Trial court:                234th District Court of Harris County

This Court's January 3, 2019 Order of Abatement had abated this case for the new respondent, the Honorable Lauren Reeder, to reconsider the challenged October 8, 2018 order denying relator's motion to dismiss for subject matter jurisdiction without prejudice. *See* TEX. R. APP. P. 7.2(b).  On February 12, 2019, relator filed a supplemental appendix to its petition for writ of mandamus.  Relator's appendix included the reporter's record of the February 4, 2019 motion hearing and the respondent's February 4, 2019 order denying relator's motion to dismiss for subject matter jurisdiction without prejudice.

Accordingly, the Court sua sponte **directs** the Clerk of this Court to **REINSTATE** this case on this Court's active docket.  Because no response has been requested, the Court requests a response to the mandamus petition by any real party in interest.  *See* TEX. R. APP. P. 52.8(b)(1).  The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so **ORDERED**.
Judge's signature: _/s/ Laura Carter Higley_____
                 ☒  Acting individually
Date:  __February 21, 2019__